ARFST BEELENDORF, Appellant, *v.* DENEKE PROVISION Co., INC., Respondent.

(Argued December 12, 1933; decided January 9, 1934.)

*Robert H. Charlton* for appellant.

*Daniel Mungall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.